UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 12-35882-LMI

IN RE:

    ANGELICA DELGADO,
    Debtor(s).
_____/

## MOTION TO RECONSIDER ORDER DENYING DEBTOR'S FIRST MOTION TO MODIFY PLAN

Debtor, Angelica Delgado, by and through undersigned counsel requests the Honorable Court to Reconsider its Order Denying Debtor's First Motion to Modify Plan ((ECF #95)

1. On October 26, an Order Denying Debtor's First Motion to Modify Plan (ECF #76) was entered.

2. The Motion had inadvertently not been re-noticed for hearing after its original date on October 6, 2015. The court had not entered a sua sponte Notice of Hearing and the Motion was denied without hearing.

3. This Motion is brought in good faith and not for purposes of delay.

**WHEREFORE,** debtor requests the Honorable Court grant the Motion to Vacate the Order denying Motion to modify plan and allow it to be reset for hearing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on December 19, 2012. I also certify that the foregoing document is being served this day on all counsel of record and parties-in-interest identified on the transmission of Notices of Electronic filing generated by CM/ECF to those counsel or parties who are registered to receive Notices of Electronic Filing in this case.

1

MARTIN HANNAN, P.A.
9370 S.W. 72nd Street, Suite A-266
Miami, Florida 33173
Tel #: 305-279-7280 Fax #: 305-575-2712
Service E-Mail:   Martin@MartinHannanPA.com
www.martinhannanpa.com

BY: /s/ Martin L. Hannan
Martin L. Hannan, Esq.
FBN: 449415